UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JULIUS AYOMOLA OWOLABI,

          Petitioner,

v.

JEFFEREY PERKINS,

          Respondent.

CASE NO. 3:24-cv-05979-LK-GJL

ORDER ON MOTION FOR EXTENSION OF TIME

This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner has filed a Motion for an extension of time to submit the $5.00 filing fee for this action. Dkt. 7. After Petitioner filed this Motion, the Court received his filing fee. *See* Dkt. 8 (Receipt # SEA 200006557). Because the Court has now received the filing fee for this action, Petitioner's Motion (Dkt. 7) is **DENIED as moot**.

Dated this 6th day of January, 2025.

Grady J. Leupold
United States Magistrate Judge

ORDER ON MOTION FOR EXTENSION OF
TIME - 1